UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-81220-CIV-DIMITROULEAS

JAMES MORTON,

     Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a foreign corporation,

     Defendant.

_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Court's Omnibus Order Granting Plaintiff's Motion for Summary Judgment; Denying Defendant's Motion for Summary Judgment, entered separately today.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court **ENTERS** Judgment in favor of Plaintiff, JAMES MORTON and against Defendant, GOVERNMENT EMPLOYEES INSURANCE COMPANY, in the amount of $85,860.00, plus his reasonable attorneys' fees, for which let execution issue.

2. The Clerk is hereby directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of August, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record