IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JAMES MORTON,

    Plaintiff,

v.                                                Case No.: 18-81220-CIV-DIMITROULEAS

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a foreign corporation,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

The undersigned attorney for Plaintiff, JAMES MORTON, the owner and holder of the final judgment rendered in the above-captioned action, dated August 2, 2019, in Plaintiff's favor [D.E. 49], does hereby acknowledge that all sums due under the final judgment, including attorney's fees, interest and costs, have been fully paid and that the final judgment is hereby satisfied in full.

By: _____ #1002479
For: JAY B. GREEN, ESQ.
GREEN, ACKERMAN & MATZNER, P.A.
1200 North Federal Highway, Suite 301
Boca Raton, Florida 33432
jgreen@gaflaw.com
hkrall@gaflaw.com
eservice@gaflaw.com

_____
JAMES MORTON
Plaintiff

STATE OF ~~FLORIDA~~ Colorado *PDC*
COUNTY OF Pitkin

The foregoing instrument was acknowledged before me by JAMES MORTON, who is well known to me or produced Florida Driver's License as identification and who is known to me to be the person described in and who executed the foregoing and who has acknowledged to and before me that he has executed the same freely and voluntarily and for the purposes therein expressed.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 21st day of August, 2019.

NOTARY PUBLIC
Richard Connor
(Print/Type Name of Notary)

**STATE OF FLORIDA**
**COUNTY OF** Palm Beach

The foregoing instrument was acknowledged before me by STEPHEN JIMENEZ, ESQ., who is well known to me or produced_____ as identification and who is known to me to be the person described in and who executed the foregoing and who has acknowledged to and before me that he has executed the same freely and voluntarily and for the purposes therein expressed.

**IN WITNESS WHEREOF**, I have hereunto set my hand and official seal this 23rd day of August, 2019.

_Donna E. Parker_
NOTARY PUBLIC

DONNA E. PARKER
(Print/Type Name of Notary)

DONNA E. PARKER
MY COMMISSION # GG 349260
EXPIRES: July 6, 2023
Bonded Thru Notary Public Underwriters